# PD-0567-15

NO. 03-13-00275-CR

IN THE

COURT OF CRIMINAL APPEALS

Austin, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 12 2015

Abel Acosta, Clerk

MARIO LEWIS

V

THE STATE of TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

MAY 12 2015

Abel Acosta, Clerk

From APPEAL NO. 03-13-00275-CR

TRIAL CAUSE NO. 68019

BELL County

FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF the COURT of CRIMINAL APPEALS:

COMES NOW, MARIO LEWIS, PETITIONER, AND FILES this MOTION

FOR AN EXTENSION OF SIXTY (60) DAYS IN WHICH to FILE A

PETITION for DISCRETIONARY REVIEW. IN SUPPORT of this MOTION,

APPELLANT SHOWS the COURT the FOLLOWING:

I.

THE PETITIONER WAS CONVICTED IN the 264th District COURT

of BELL County, TEXAS of the offense of MURDER IN CAUSE NO. 68019, Styled State of TEXAS VS MARIO LEWIS. THE Petitioner APPEALED to the Court of APPEALS, THIRD Supreme Judicial District. THE CASE WAS AFFIRMED on 4/16/2015

## II.

THE PRESENT DEADLINE for Filing the Petition for Discretionary REVIEW is MAY 18th 2015. THE Petitioner HAS NOT REQUESTED Any Extension prior to this request.

## III.

Petitioner's Request for AN EXTENSION is BASED upon the Following FACTS: Petitioner WAS NOT informed of the DECISION of the Court of APPEALS in AFFIRMING His CASE until April 21st 2015. Since that time Petitioner HAS BEEN Attempting to gain Legal representation in this MATTER. His Attorney on the Appeal, E. ALAN BENNETT, has informed Petitioner that He will not represent Him on the Petition for Discretionary REVIEW.

WHEREFOR Petitioner prays this Court grant this motion AND EXTEND the Deadline for the Petition for Discretionary

REVIEW in CASE NO. 03-13-00275-CR to July 18th 2015 .

MARIO Lewis
Petitioner pro se
Texas Department of Criminal Justice
Clements Unit
TDCS-ID # 01864015
Amarillo, Texas 79107-

Certificate of SERVICE

I, Certify that a true and Correct Copy of the Above and foregoing First motion for extension of time to file a Petition for Discretionary Review, Has Been Forwarded by U.S. Mail, postage prepaid, First Class, to the Attorney for State, Henry Garza at PO Box 540 Belton TX 76513 and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this 3RD Day of May, 2015.

MARIO Lewis
Petitioner pro se

I, MARIO LEWIS TDCJ-ID# 1864015 , Being Presently INCARCERATED in the CLEMENTS Unit of the TEXAS Department of Criminal Justice in POTTER County TEXAS, VERIfy AND DECLARE UNDER PENALTY of PERJURY that the foregoing STATEMENTS ARE TRUE AND CORRECT.

EXECUTED on this the 3RD Day of MAY , 2015

MARIO Lewis TDCJ-ID#1864015